RICHARD J. DALEY, Mayor and Local Liquor Control Commissioner of the City of Chicago, Plaintiff-Appellee, *v.* ULYSSES BATITSAS, Defendant-Appellant.

(No. 58943;

First District (3rd Division)—May 16, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Miller, Green, Frazin & Green, of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago (William R. Quinlan and Marsile J. Hughes, Assistant Corporation Counsel, of counsel), for appellee.

BENEDICT CIESLAK, Plaintiff-Appellant, *v.* DAHLSTROM MACHINE WORKS, INC., Defendant-Appellee.

(No. 59188;

First District (3rd Division)—May 16, 1974.